STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, RESPONDENT, v. COMETIS DE YOUNG, APPELLANT.

Argued May 17, 1928—Decided October 15, 1928.

For the respondent, *Edward L. Katzenbach.*

For the appellant, *Elmer W. Romine.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, MCGLENNON, KAYS, HETFIELD, JJ. 9.

*For reversal*—WHITE, VAN BUSKIRK, DEAR, JJ. 3.